UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NORA HENG,<br><br>    Third Party Beneficiary/Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORP., THE BANK OF NEW YORK MELLON, N.A., COUNTRYWIDE HOME LOANS; BACK HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., PATRICIA VIAMONTE & GUIDO VACAFLOR AND ALL PARTIES OF INTERESTED,<br><br>    Defendant. | CASE NO.: SACV11-1464 CJC (ANx)<br><br>**[PROPOSED] JUDGMENT**<br><br>FILE DATE:   September 22, 2011<br>TRIAL DATE:  No Date Set |

    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD IN THIS ACTION:

    On November 1, 2011, the Honorable Cormac J. Carney granted Defendants Patricia Viamonte and Guido Vacaflor ("Individual Defendants") motion to dismiss pursuant to F.R.Civ.P. 12(b)(6) with prejudice, as to all claims against Individual Defendants.

    Given that there are no claims by Plaintiff Nora Heng remaining against Individual Defendants in this action, Individual Defendants are entitled to judgment

1  in their favor.

2  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

3  Defendants Patricia Viamonte and Guido Vacaflor are entitled to judgment against

4  Plaintiff Nora Heng on Plaintiff's complaint in this action.

5  **JUDGMENT IS HEREBY ENTERED ACCORDINGLY** in favor of

6  Defendants Patricia Viamonte and Guido Vacaflor.

9  DATED: November 07, 2011

10        HONORABLE CORMAC J. CARNEY

11  2944449.2

NEWMEYER & DILLION LLP